UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ROY MESTAS, | ) |
| | ) |
| Plaintiff/Appellant, | ) |
| | ) |
| v. | ) Case No. 17-8092 |
| | ) |
| TOWN OF EVANSVILLE, WYOMING, | ) |
| | ) |
| Defendant/Appellee. | ) |

**APPELLEE'S UNOPPOSED MOTION
TO FILE MEDICAL RECORD UNDER SEAL**

Appellee, Town of Evansville, Wyoming, by and through undersigned counsel, hereby requests an Order allowing Appellee to file a medical record under seal as part of its Supplemental Appendix, Volume II. The Supplemental Appendix contains a record that was filed under seal in the District Court and subject to a *Stipulated Protective Order* entered by that court. Further, the record in the Appellee's Appendix was inadvertently omitted by the Appellant. The Town of Evansville therefore requests an *Order* allowing it to file under seal a certain medical record for the Court's consideration of this appeal as Volume II of the Appellee's Supplemental Appendix.

This Court has previously noted that any party requesting to seal the records "must articulate a real and substantial interest that justifies depriving the public of access to the records that inform our decision-making process." *Eugene S. v. Horizon Blue Cross Blue Shield of New Jersey*, 663 F.3d 1124, 1135-36 (10th Cir.2011) (*citing Helm v. Kansas*, 656 F.3d 1277, 1292 (10th Cir.2011)). As discussed, the medical record was sealed by the lower court pursuant to a *Stipulated Protective Order* and it is proper to file that same record under seal herein. The medical record is confidential because it contains the personal and medical information of Mr. Roy Mestas.

The undersigned counsel has consulted with counsel for Mr. Roy Mestas, Megan Hayes, who has indicated that she has no objection to this motion.

For the foregoing reasons, Town of Evansville respectfully requests an Order allowing it to file Volume II of the Appellee's Supplemental Appendix under seal.

Respectfully submitted this 5th day of April, 2018.

/s/ Thomas A. Thompson
Thomas A. Thompson, #6-2640
Attorney for Appellee, Town of Evansville, Wyoming
MacPherson, Kelly & Thompson, LLC
616 W. Buffalo St./PO Box 999
Rawlins, WY 82301
tthompson@wyomingattorneys.net
307-324-2713

## CERTIFICATE OF PRIVACY REDACTIONS
## AND DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing Unopposed Motion to File Supplemental Appendix Under Seal:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Emisoft Anti-Malware - Full Edition, and according to the program are free of viruses.

**DATED** this 5th of April, 2018.

/s/ Thomas A. Thompson
Thomas A. Thompson, #6-2640
Attorney for Appellee, Town of Evansville, Wyoming
MacPherson, Kelly & Thompson, LLC
616 W. Buffalo St./PO Box 999
Rawlins, WY 82301
tthompson@wyomingattorneys.net
307-324-2713

Appellate Case: 17-8092     Document: 01019971050     Date Filed: 04/05/2018     Page: 3

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of April, 2018, I electronically filed the foregoing Appellee's Unopposed Motion to File Supplemental Appendix Under Seal using the Court's CM/ECF system, which will send notification of such filing to the following:

Megan L. Hayes
Attorney at Law
910 Kearney St.
Laramie, WY  82070
Email: mlhayes@wyoming.com

/s/   Thomas A. Thompson
For MacPherson, Kelly, & Thompson, LLC

Electronically Filed By: js