# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| ROY MESTAS, | ) | |
| | ) | |
| Plaintiff/Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 17-8092 |
| | ) | |
| TOWN OF EVANSVILLE, | ) | |
| WYOMING, | ) | |
| | ) | |
| Defendant/Appellee. | ) | |

---

On Appeal from the United States District Court
for the District of Wyoming

The Honorable Nancy D. Freudenthal
District Court Judge

D.C. No. 17-CV-00017-NDF

---

### APPELLEE'S APPENDIX VOLUME I

---

Thomas A. Thompson, #6-2640
MacPherson, Kelly & Thompson, LLC
P.O. Box 999
616 W. Buffalo
Rawlins, WY 82301
(307) 324-2713
tthompson@wyomingattorneys.net
Attorney for Defendant
Town of Evansville, Wyoming

## APPENDIX TABLE OF CONTENTS

## VOLUME I

Appendix Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  i

Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ii

Certificate of Compliance with Type Volume Limit  . . . . . . . . . . . . . . . . . . . . .  iii

Certificate of Privacy Redactions and Digital Submission . . . . . . . . . . . . . . . . .  iv

Docket Sheet  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

53-1 Defendant's Motion for Summary Judgment filed 10/20/17
        Deposition Exhibit #5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

53-1 Defendant's Motion for Summary Judgment filed 10/20/17
        Deposition Exhibit #8  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13

## VOLUME II

53-1 Defendant's Motion for Summary Judgment filed 10/20/17
        No Work Restrictions Note  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23

i

## CERTIFICATE OF SERVICE

I hereby certify that on ___6th___ day of April, 2018, I electronically filed the foregoing Appellee's Appendix Volume I using the Court's CM/ECF system, which will send notification of such filing to the following:

Megan L. Hayes
Attorney at Law
910 Kearney St.
Laramie, WY 82070
Email: mlhayes@wyoming.com

and on the same date I mailed or served one (1) hard copy of the foregoing by use of the United Parcel Service, overnight, postage pre-paid, to the following:

Clerk of Court
10th Circuit Court of Appeals
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

/s/   Thomas A. Thompson_____
For MacPherson, Kelly, & Thompson, LLC

Electronically Filed and Mailed By: js

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type Style Requirements

1.      This Appellee's Appendix Volume I complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using WordPerfect in 14 point Plain Times New Roman.

      **DATED** this ___6th___ day of April, 2018.

                            /s/ Thomas A. Thompson_____
                            Thomas A. Thompson, #6-2640
                            Attorney for Appellee, Town of Evansville, Wyoming
                            MacPherson, Kelly & Thompson, LLC
                            616 W. Buffalo St./PO Box 999
                            Rawlins, WY  82301
                            tthompson@wyomingattorneys.net
                            307-324-2713

## CERTIFICATE OF PRIVACY REDACTIONS
## AND DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Emisoft Anti-Malware - Full Edition, and according to the program are free of viruses.

**DATED** this ___6th___ day of April, 2018.

/s/ Thomas A. Thompson_____
Thomas A. Thompson, #6-2640
Attorney for Appellee, Town of Evansville, Wyoming
MacPherson, Kelly & Thompson, LLC
616 W. Buffalo St./PO Box 999
Rawlins, WY  82301
tthompson@wyomingattorneys.net
307-324-2713

iv

**U.S. District Court**
**District of Wyoming (Casper)**
**CIVIL DOCKET FOR CASE #: 1:17-cv-00017-NDF**

Mestas v. Evansville WY et al
Assigned to: Honorable Nancy D Freudenthal
Referred to: Honorable Kelly H Rankin
Case in other court:  USCA - Tenth Circuit, 17-08092
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 01/26/2017
Date Terminated: 11/21/2017
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Roy Mestas**                                     represented by **Megan Hayes**
910 Kearney Street
Laramie, WY 82070
307/760-6258
Email: mlhayes@wyoming.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Evansville WY**                                  represented by **Kylie Marie Rangitsch**
*a duly incorporated Municipal*                                  MACPHERSON KELLY THOMPSON
*Corporation under the laws of the State*                        LLC
*of Wyoming*                                                     616 West Buffalo Street
P.O. Box 999
Rawlins, WY 82301
307/324-2713
Fax: 307/324-7348
Email: krangitsch@wyomingattorneys.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natasha Katrina Martinez**
MACPHEARSON KELLY &
THOMPSON LLC
PO Box 999
Rawlins, WY 82301
307/324-2713
Fax: 307/324-7348
Email: nmartinez@wyomingattorneys.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A Thompson**
MacPHERSON KELLY & THOMPSON
616 West Buffalo Street
P O Box 999
Rawlins, WY 82301
307/324-2713
Fax: 307/324-7348
Email: tthompson@wyomingattorneys.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Evansville Public Works Supervisor**            represented by **Kylie Marie Rangitsch**
*in his official capacity*                                       (See above for address)
*TERMINATED: 07/18/2017*                                         *LEAD ATTORNEY*

Aplee. Supp. App. 0001

*also known as*
Dale Brown
*TERMINATED: 07/18/2017*

**ATTORNEY TO BE NOTICED**

**Natasha Katrina Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2017 | 1 | COMPLAINT (0 summons issued) with jury demand ( Filing fee $400 receipt #CAS001832.), filed by Roy Mestas.(Attachments: # 1 Civil Cover Sheet) (Court Staff, srd) Correct file date is reflected on document header. Modified on 1/31/2017 (Court Staff, srd). (Entered: 01/26/2017) |
| 01/26/2017 | 2 | NOTICE of Attorney Appearance by Megan Hayes on behalf of Roy Mestas. (Court Staff, srd) Correct file date is reflected on document header. Modified on 1/31/2017 (Court Staff, srd). (Entered: 01/26/2017) |
| 01/31/2017 | 3 | Praecipe for summons filed by Plaintiff Roy Mestas (Attachments: # 1 Exhibit, # 2 Exhibit) (Hayes, Megan) (Main Document 3 replaced on 1/31/2017) (Court Staff, sal). (All attachments replaced on 1/31/2017 as a non–fillable form) (Court Staff, sal). (Entered: 01/31/2017) |
| 02/09/2017 | 4 | SUMMONS Returned Executed by Roy Mestas. Evansville Public Works Supervisor served on 2/7/2017, answer due on 2/28/2017 (Court Staff, stbd) (Entered: 02/09/2017) |
| 02/13/2017 | 5 | Praecipe for Alias Summons filed by Plaintiff Roy Mestas (Attachments: # 1 Appendix summons) (Hayes, Megan) (Main Document 5 replaced as non–fillable form 2/13/2017) (Court Staff, stbd). (Attachment 1 replaced as non– fillable form attached on 2/13/2017) (Court Staff, stbd). 1 summons issued. (Entered: 02/13/2017) |
| 02/17/2017 | 6 | SUMMONS Returned Executed by Roy Mestas. Evansville WY served on 2/13/2017, answer due on 3/6/2017 (Court Staff, stbd) (Entered: 02/17/2017) |
| 02/24/2017 | 7 | NOTICE of Attorney Appearance by Thomas A Thompson on behalf of Evansville Public Works Supervisor, Evansville WY (Thompson, Thomas) (Entered: 02/24/2017) |
| 02/24/2017 | 8 | FILED INCORRECTLY. Will be refiled by counsel. ~~NOTICE of Attorney Appearance by Thomas A Thompson on behalf of Evansville Public Works Supervisor, Evansville WY (Thompson, Thomas)~~ Modified on 2/24/2017 (Court Staff, sal). (Entered: 02/24/2017) |
| 02/24/2017 | 9 | NOTICE of complexity by Defendants Evansville Public Works Supervisor, Evansville WY ; this case is non–complex. (Thompson, Thomas) (Entered: 02/24/2017) |
| 02/24/2017 | 10 | ANSWER to 1 Complaint, with Affirmative Defenses, by Evansville Public Works Supervisor, Evansville WY. (Thompson, Thomas) (Entered: 02/24/2017) |
| 02/27/2017 | 11 | NOTICE of Initial Pretrial Conference: **Initial Pretrial Conference set for 5/1/2017 09:00 AM in Judge Freudenthal Chambers (Room No. 2242) before Honorable Nancy D Freudenthal.** (Court Staff, sal) (Entered: 02/27/2017) |
| 02/28/2017 | 12 | NOTICE of Attorney Appearance by Kylie Marie Rangitsch on behalf of Evansville Public Works Supervisor, Evansville WY (Court Staff, sal) (Entered: 02/28/2017) |
| 03/21/2017 | 13 | MOTION REFERRED TO Judge Kelly H Rankin. Stipulated MOTION for Protective Order filed by Defendants Evansville Public Works Supervisor, Evansville WY. (Thompson, Thomas) (Entered: 03/21/2017) |
| 03/21/2017 | 14 | ORDER by the Honorable Kelly H Rankin granting 13 Motion for Protective Order. (Court Staff, sjg) (Entered: 03/21/2017) |

Appellate Case: 17-8092   Document: 010199971832   Date Filed: 04/06/2018   Page: 7

| 04/10/2017 | 15 | Stipulated JOINT CASE MANAGEMENT PLAN by Roy Mestas. (Hayes, Megan) (Entered: 04/10/2017) |
|---|---|---|
| 04/19/2017 | 16 | TIME CHANGE ONLY – NOTICE of Initial Pretrial Conference: **Initial Pretrial Conference RESET for 5/1/2017 08:30 AM in Judge Freudenthal Chambers (Room No. 2242) before Honorable Nancy D Freudenthal.** (Court Staff, sal) (Entered: 04/19/2017) |
| 06/02/2017 | 17 | INITIAL PRETRIAL ORDER by the Honorable Nancy D Freudenthal. Motions filing deadline 9/8/2017. Motion response deadline 9/22/2017. **Dispositive Motions Hearing set for 11/13/2017 01:30 PM in Cheyenne Courtroom No. 1 (Room No. 2132) before Honorable Nancy D Freudenthal.** Expert Witness Designation–Plaintiff deadline 6/1/2017. Expert Witness Designation–Defendant deadline 7/14/2017. Discovery due by 9/8/2017. Stipulation Deadline 9/15/2017. **Final Pretrial Conference set for 1/5/2018 09:00 AM in Judge Freudenthal Chambers (Room No. 2242) before Honorable Nancy D Freudenthal. Jury Trial (5 days/stacked #1) set for 1/22/2018 08:30 AM in Casper Courtroom No. 2 (Room No. 204) before Honorable Nancy D Freudenthal. Status Conference set for 8/10/2017 09:30 AM in Judge Freudenthal Chambers (Room No. 2242) before Honorable Nancy D Freudenthal.**(Court Staff, sal) (Entered: 06/02/2017) |
| 06/07/2017 | 18 | (TEXT–ONLY) ORDER by the Honorable Kelly H Rankin. On June 7, 2017, the Court held an informal telephonic discovery conference to discuss a number of discovery issues. To begin, a general discussion was held regarding Defendant's concerns with Plaintiff's requests for production and interrogatories, along with Plaintiff's concerns with Defendant's responses to those same requests. After a lengthy discussion, Plaintiff agreed to generally narrow the scope of the discovery requests and Defendant agreed to provide additional information and responses in light of the narrowed requests. Next, the Court addressed Plaintiff's specific discovery request that the personnel files for several of Defendant's current and former employees be produced. After hearing from the parties, the Court made a preliminary finding that there is no sufficient nexus between the requested personnel files and the claims and allegations made in the underlying Complaint. Plaintiff then informed the Court of his intention to file a motion to file an amended complaint, and asserted this may alter the Court's preliminary findings regarding the requested personnel files. The Court agreed to revisit the issue if appropriate. Lastly, the Court ordered the parties to continue to work together to try and resolve any remaining or additional discovery disputes, and to contact the Court for further guidance if the conferral efforts prove unsuccessful. (Court Staff, sjgc) (Entered: 06/07/2017) |
| 06/13/2017 | 19 | NOTICE of Attorney Appearance by Natasha Katrina Martinez on behalf of Evansville Public Works Supervisor, Evansville WY (Martinez, Natasha) (Entered: 06/13/2017) |
| 06/19/2017 | 20 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION to Amend/Correct 1 Complaint, filed by Plaintiff Roy Mestas. (Attachments: # 1 Appendix, # 2 NON–PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access – Exhibit)(Hayes, Megan) Modified on 7/27/2017 (Court Staff, sal). (Entered: 06/19/2017) |
| 06/19/2017 | 21 | MOTION REFERRED TO Judge Kelly H Rankin. First MOTION to Compel *Discovery Responses* filed by Plaintiff Roy Mestas. (Hayes, Megan) (Entered: 06/19/2017) |
| 06/26/2017 | 22 | STIPULATION re 20 MOTION to Amend/Correct 1 Complaint, , 21 First MOTION to Compel *Discovery Responses* by Roy Mestas. (Hayes, Megan) (Entered: 06/26/2017) |
| 06/28/2017 | 23 | (TEXT–ONLY) ORDER by the Honorable Kelly H Rankin. Pursuant to the parties stipulated agreement, the Court grants the parties leave to file a joint Motion to Amend the Scheduling Order. Any such motion is due on or before 6/30/17. (Court Staff, sjg) (Entered: 06/28/2017) |
| 06/30/2017 | 24 | MOTION REFERRED TO Judge Kelly H Rankin. Stipulated MOTION to Amend/Correct 17 Initial Pretrial Order filed by Defendant Evansville WY. (Attachments: # 1 Proposed Order)(Rangitsch, Kylie) Text modified on 8/4/2017 (Court Staff, sal). (Entered: 06/30/2017) |

Appellate Case: 17-8092     Document: 01019971832     Date Filed: 04/06/2018     Page: 8

Appellate Case: 17-8092     Document: 01019971832     Date Filed: 04/06/2018     Page: 9

| 07/05/2017 | 25 | ORDER by the Honorable Kelly H Rankin granting 24 MOTION REFERRED TO Amend Order on Pretrial Conference. (Court Staff, sjgc) (Entered: 07/05/2017) |
| 07/10/2017 | 26 | NOTICE by Defendants Evansville Public Works Supervisor, Evansville WY re 20 MOTION to Amend/Correct 1 Complaint, *of Non-Opposition* (Thompson, Thomas) (Entered: 07/10/2017) |
| 07/10/2017 | 27 | RESPONSE in Opposition re 21 First MOTION to Compel *Discovery Responses* filed by Defendants Evansville Public Works Supervisor, Evansville WY. (Thompson, Thomas) (Entered: 07/10/2017) |
| 07/11/2017 | 28 | (TEXT-ONLY) ORDER by the Honorable Kelly H Rankin granting 20 . On June 19, 2017, Plaintiff filed a Motion to File a First Amended Complaint 20 . Defendant did not oppose the Motion so long as the Court allowed the parties to amend the scheduling order to allow additional time in the trial schedule. On July 5, 2017, the Court entered an amended scheduling order 25 . On July 10, 2017, Defendant filed a Notification of Non-Opposition to Plaintiff's Motion to File an Amended Complaint 26 given the amended scheduling order. Therefore, Plaintiff's Motion to File First Amended Complaint is granted and Plaintiff may file an amended complaint on or before July 14, 2017. (Court Staff, sjgc) (Entered: 07/11/2017) |
| 07/12/2017 | 29 | REPLY to 27 Response in Opposition to Motion *to Compel Discovery Responses* filed by Plaintiff Roy Mestas. (Hayes, Megan) (Entered: 07/12/2017) |
| 07/14/2017 | 30 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Extension of Time (Non-Dispositive) requesting extension of Amended Complaint filing deadline filed by Plaintiff Roy Mestas. (Hayes, Megan) (Entered: 07/14/2017) |
| 07/17/2017 | 31 | ORDER by the Honorable Kelly H Rankin granting 30 Motion for Extension of Time. Plaintiff's First Amended Complaint is due on or before July 21, 2017. (Court Staff, sjg) (Entered: 07/17/2017) |
| 07/18/2017 | 32 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access – AMENDED COMPLAINT against Defendant Evansville WY with Jury Demand filed by Roy Mestas. (Court Staff, sal) Security Modified on 7/20/2017 (Court Staff, ssw). (Entered: 07/18/2017) |
| 07/21/2017 | 33 | ORDER by the Honorable Kelly H Rankin denying, without prejudice, 21 Motion to Compel (Court Staff, sjgc) (Entered: 07/21/2017) |
| 07/25/2017 | 34 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Order Unopposed Requiring Independent Medical Examination (IME) filed by Defendant Evansville WY. (Attachments: # 1 Proposed Order)(Thompson, Thomas) (Entered: 07/25/2017) |
| 07/26/2017 | 35 | ORDER by the Honorable Kelly H Rankin granting 34 Motion for Independent Medical Examination. (Court Staff, sjg) Modified text on 9/1/2017 (Court Staff, sjlg). (Entered: 07/26/2017) |
| 07/27/2017 | 36 | ANSWER to 32 Amended Complaint, with Affirmative Defenses, by Evansville WY. (Thompson, Thomas) (Entered: 07/27/2017) |
| 07/28/2017 | 37 | ~~MOTION REFERRED TO Judge Kelly H Rankin.~~ MOTION for Reconsideration of 33 Order denying Motion to Compel filed by Plaintiff Roy Mestas. (Attachments: # 1 Exhibit Adcock WFEP Interview Excerpts, # 2 Exhibit Reyna WFEP Interview Excerpts, # 3 Exhibit Emond WFEP Interview Excerpts, # 4 Exhibit Winslow WFEP Interview Excerpts, # 5 Exhibit Brown&Botcher WFEP Interview Excerpts)(Hayes, Megan) Modified on 8/2/2017 (Court Staff, szf). Modified on 8/25/2017 (Court Staff, sal). (Entered: 07/28/2017) |
| 07/28/2017 | | Motions No Longer Referred: 37 MOTION to Compel *Discovery Responses* (Court Staff, szf) (Entered: 08/02/2017) |
| 08/09/2017 | 38 | RESPONSE in Opposition re 37 MOTION to Compel *Discovery Responses* filed by Defendant Evansville WY. (Thompson, Thomas) (Entered: 08/09/2017) |
| 08/09/2017 | 39 | REPLY to 38 Response in Opposition to Motion filed by Plaintiff Roy Mestas. (Hayes, Megan) (Entered: 08/09/2017) |

Appellate Case: 17-8092   Document: 01019971832   Date Filed: 04/06/2018   Page: 10

| 08/10/2017 | 40 | MINUTES for proceedings held before Honorable Nancy D Freudenthal: Status Conference held on 8/10/2017. (Court Reporter Jan Davis.) (Court Staff, sal) (Entered: 08/10/2017) |
|---|---|---|
| 08/11/2017 | 41 | Designation of Expert Witnesses by Defendant Evansville WY. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) (Thompson, Thomas) (Entered: 08/11/2017) |
| 08/25/2017 | 42 | ORDER by the Honorable Nancy D Freudenthal denying 37 Plaintiff's Request for Reconsideration of Magistrate Judge's Order denying Plaintiff's Motion to Compel Discovery Responses.(Court Staff, sal) (Entered: 08/25/2017) |
| 09/07/2017 | 43 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Order Postpone Independent Medical Examination (IME) filed by Defendant Evansville WY. (Attachments: # 1 Proposed Order)(Thompson, Thomas) (Entered: 09/07/2017) |
| 09/07/2017 | 44 | DUPLICATE PLEADING TO 43 – DISREGARD ~~MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Order to Postpone Independent Medical Examination (IME) filed by Defendant Evansville WY. (Attachments: # 1 Proposed Order)(Thompson, Thomas)~~ Modified on 9/11/2017 (Court Staff, sal). (Entered: 09/07/2017) |
| 09/07/2017 | 45 | ORDER by the Honorable Kelly H Rankin granting 43 Motion for Order. (Court Staff, sms) (Main Document 45 replaced on 9/11/2017) (Court Staff, sal). Modified on 9/11/2017 (Court Staff, sal). (Entered: 09/07/2017) |
| 10/03/2017 | 46 | (TEXT−ONLY) ORDER by the Honorable Kelly H Rankin. On October 3, 2017, the Court held an informal telephonic discovery conference to discuss Defendant's objections to Plaintiff's interrogatories and requests for production served on September 26, 2017. Defendant objected to the requests as untimely as the discovery cutoff date was October 2, 2017, and on the grounds that the requested discovery is not relevant, not proportional to the needs of the case, and that one of the requests seeks privileged information. After hearing from the parties the court ordered as follows: (1) Plaintiff's discovery requests are timely given the fact the requests were served and received before the close of discovery; and (2) the Court granted Plaintiff permission to file a motion to compel to address Defendant's concerns surrounding relevancy, proportionality, and privilege. Plaintiff may file up to a five page motion to compel no later than October 11, 2017. Defendant has seven days from the filing of the motion to compel to lodge a five page response, with a three page reply due within two days of the response. (Court Staff, sjgc) (Entered: 10/03/2017) |
| 10/08/2017 | 47 | MOTION REFERRED TO Judge Kelly H Rankin. Second MOTION to Compel *Discovery Responses* filed by Plaintiff Roy Mestas. (Attachments: # 1 Exhibit Discovery Requests, # 2 Exhibit RFP Discovery Requests, # 3 Exhibit Reyna Deposition Excerpts, # 4 Exhibit Adcock Deposition Excerpts, # 5 Exhibit Emond Deposition Excerpts, # 6 Exhibit Brown Deposition Excerpts, # 7 Exhibit Boettcher Deposition Excerpts)(Hayes, Megan) (Entered: 10/08/2017) |
| 10/13/2017 | 48 | RESPONSE in Opposition re 47 Second MOTION to Compel *Discovery Responses* filed by Defendant Evansville WY. (Attachments: # 1 Exhibit) (Thompson, Thomas) (Entered: 10/13/2017) |
| 10/13/2017 | 49 | STIPULATION OF FACTS filed by Roy Mestas. (Hayes, Megan) (Entered: 10/13/2017) |
| 10/15/2017 | 50 | REPLY to 48 Response in Opposition to Motion filed by Plaintiff Roy Mestas. (Attachments: # 1 Exhibit Brown Deposition Excerpt) (Hayes, Megan) (Entered: 10/15/2017) |
| 10/19/2017 | 51 | MOTION for Partial Summary Judgment, filed by Plaintiff Roy Mestas. (Hayes, Megan) (Additional attachment(s) added on 10/23/2017: # 1 Proposed Order) (Court Staff, sal). (Entered: 10/19/2017) |
| 10/19/2017 | 52 | BRIEF *in Support* re 51 Motion for Partial Summary Judgment filed by Plaintiff Roy Mestas. (Attachments: # 1 Declaration of Roy Mestas, # 2 NON−PUBLIC DOCUMENT − Report of Injury, # 3 NON−PUBLIC DOCUMENT − TTD Application, # 4 NON−PUBLIC DOCUMENT − Insurance Form, # 5 NON−PUBLIC DOCUMENT − Memo Extending Probation, # 6 NON−PUBLIC DOCUMENT − Currie Affidavit, # 7 NON−PUBLIC DOCUMENT − Mestas Records) (Hayes, |

| | | |
|---|---|---|
| | | Megan) Modified on 10/19/2017 (Court Staff, sal). (Entered: 10/19/2017) |
| 10/20/2017 | 53 | MOTION for Summary Judgment filed by Defendant Evansville WY. (Attachments: # 1 NON−PUBLIC DOCUMENT − Exhibit, # 2 Exhibit, # 3 Exhibit)(Thompson, Thomas) Modified on 10/23/2017 (Court Staff, sal). (Entered: 10/20/2017) |
| 10/20/2017 | 54 | BRIEF *in Support* re 53 Motion for Summary Judgment filed by Defendant Evansville WY. (Thompson, Thomas) (Entered: 10/20/2017) |
| 10/20/2017 | 55 | FILING ERROR − DISREGARD. This should have been filed as an attachment to 51 . ~~PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW re 51 Motion for Partial Summary Judgment by Plaintiff Roy Mestas and Proposed Order~~ filed by Plaintiff Roy Mestas. (Hayes, Megan) Modified on 10/23/2017 (Court Staff, sal). (Entered: 10/20/2017) |
| 10/20/2017 | 56 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW re 53 Motion for Summary Judgment by Defendant Evansville WY filed by Defendant Evansville WY. (Rangitsch, Kylie) (Entered: 10/20/2017) |
| 10/27/2017 | 57 | ORDER by the Honorable Kelly H Rankin granting 47 Motion to Compel. Defendant shall respond to Plaintiff's discovery requests as detailed in the Order. (Court Staff, sjgc) (Entered: 10/27/2017) |
| 11/02/2017 | 58 | RESPONSE in Opposition re 51 MOTION for Partial Summary Judgment, filed by Defendant Evansville WY. (Thompson, Thomas) (Entered: 11/02/2017) |
| 11/03/2017 | 59 | RESPONSE in Opposition re 53 MOTION for Summary Judgment, filed by Plaintiff Roy Mestas. (Attachments: # 1 Exhibit Declaration of Roy Mestas, # 2 Exhibit Employee Handbook, # 3 Exhibit Probation Extended memo, # 4 Exhibit Transcript, February 2013 audio recording, # 5 Exhibit Memo Pad, # 6 Exhibit Transcript, April 2013 audio recording, # 7 Exhibit Reyna Deposition, # 8 Exhibit Emond Deposition, # 9 Exhibit Adcock Deposition, # 10 Exhibit Brown Deposition) (Hayes, Megan) (Entered: 11/03/2017) |
| 11/03/2017 | 60 | EXHIBIT F in reference to 59 Response in Opposition to Motion filed by Plaintiff Roy Mestas. (Attachments: # 1 Exhibit) (Court Staff, sjlg) (Entered: 11/03/2017) |
| 11/20/2017 | 61 | MINUTES for proceedings held before Honorable Nancy D Freudenthal: Motion Hearing held on 11/20/2017. Motions taken under advisement. (Court Reporter Jan Davis.) (Court Staff, sal) (Entered: 11/20/2017) |
| 11/21/2017 | 62 | ORDER by the Honorable Nancy D Freudenthal denying 51 Motion for Partial Summary Judgment and granting 53 Motion for Summary Judgment (Court Staff, sal) (Entered: 11/21/2017) |
| 11/21/2017 | 63 | JUDGMENT in favor of Defendant against Plaintiff. (Attachments: # 1 Bill of Costs)(Court Staff, sal) (Entered: 11/21/2017) |
| 11/28/2017 | 64 | BILL OF COSTS filed by Defendant Evansville WY. (Thompson, Thomas) (Entered: 11/28/2017) |
| 12/06/2017 | 65 | NOTICE OF APPEAL as to 62 Order on Motion for Partial Summary Judgment, Order on Motion for Summary Judgment filed by Plaintiff Roy Mestas. (Hayes, Megan) (Entered: 12/06/2017) |
| 12/06/2017 | 66 | Preliminary Record of appeal sent to USCA and counsel re 65 Notice of Appeal **The procedures and appeals packet may be obtained from our website at www.wyd.uscourts.gov** (Attachments: # 1 Preliminary Record on Appeal Including Notice of Appeal) (Court Staff, stbd) (Entered: 12/06/2017) |
| 12/07/2017 | 67 | Appeal Number 17−8092 received from USCA for 65 Notice of Appeal filed by Roy Mestas. Fee, docketing statement, transcript order form and entry of appearance due 12/21/2017 for Roy Mestas. Notice of appearance due on 12/21/2017 for Town of Evansville. (Court Staff, sal) (Entered: 12/07/2017) |
| 12/07/2017 | 68 | TRANSCRIPT REQUEST (Transcripts Needed) by Plaintiff Roy Mestas for proceedings held on 11/20/2017 before Judge Freudenthal, re 65 Notice of Appeal. (Hayes, Megan) (Main Document 68 replaced on 12/12/2017) (Court Staff, sal). (Entered: 12/07/2017) |

Appellate Case: 17-8092   Document: 01019971832   Date Filed: 04/06/2018   Page: 11

**Aplee. Supp. App. 0006**

| 12/07/2017 | 69 | (TEXT−ONLY) APPEAL ORDER from USCA as to 65 Notice of Appeal filed by Roy Mestas; Transcript order form due 12/21/2017 for Janet Davis (11/20/17 Summary Judgment Hearing). (Court Staff, stbd) (Entered: 12/07/2017) |
| --- | --- | --- |
| 12/08/2017 | | USCA Appeal Fees received on 12/8/17; $505 receipt number CHY027890 re 65 Notice of Appeal filed by Roy Mestas. (Court Staff, ssw) (Entered: 12/28/2017) |
| 12/15/2017 | 70 | TRANSCRIPT ORDER FORM by court reporter Jan Davis. Transcripts due 2/7/2018. (Davis, Jan) Modified on 12/15/2017 (Court Staff, stbd). (Entered: 12/15/2017) |
| 12/15/2017 | 71 | DESIGNATION of Record on Appeal by Plaintiff Roy Mestas re 65 Notice of Appeal (Attachments: # 1 Docket Sheet) (Hayes, Megan) (Entered: 12/15/2017) |
| 12/15/2017 | 72 | Appeal Remark re 65 Notice of Appeal. Transcript order form filed (Summary Judgment Hearing 11/20/17). Transcript due 02/07/2018 for Janet Davis. (Court Staff, stbd) (Entered: 12/15/2017) |
| 12/18/2017 | 73 | CLERK'S Bill of Costs. Defendant awarded costs in the amount of $1,115.00. (Court Staff, sal) Modified text on 12/19/2017 (Court Staff, sjlg). (Entered: 12/18/2017) |
| 12/28/2017 | 74 | Notice to Counsel re 65 Notice of Appeal. Fee due by 1/11/2018 for Roy Mestas. (Court Staff, stbd) (Entered: 12/28/2017) |
| 02/09/2018 | 75 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Dispositive Motions held on 11/20/2017 before Judge Nancy D. Freudenthal re 65 Notice of Appeal. To purchase a copy of this transcript, please contact Court Reporter Jan Davis, phone (307) 222−3147 or email jbd.davis@gmail.com. A party must file a Notice of Intent to Request Redaction within 7 calendar days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made available electronically without redaction. Notice of Intent to Redact due 2/16/2018. Notice of Redaction Request due 3/2/2018. Redacted Transcript Deadline set for 3/12/2018. Release of Transcript Restriction set for 5/10/2018. (Davis, Jan) (Entered: 02/09/2018) |
| 02/09/2018 | 76 | Transcript Letter transmitted to USCA re 65 Notice of Appeal. All transcripts that have been ordered from this reporter for this appeal are now filed with the United States District Court, District of Wyoming. (Davis, Jan) (Entered: 02/09/2018) |
| 02/09/2018 | 77 | Appeal Remark re 65 Notice of Appeal. Notice that the transcript was filed by Ms. Janet Davis. **Record on appeal/Notice due 3/6/2018** (Court Staff, stbd) (Entered: 02/09/2018) |
| 02/20/2018 | 78 | Transcript Letter transmitted to USCA re 65 Notice of Appeal. All transcripts ordered for this appeal are now filed with the United States District Court, District of Wyoming. For purposes of appeal, the record is now ready. (Court Staff, sal) (Entered: 02/20/2018) |

Appellate Case: 17-8092   Document: 01019971832   Date Filed: 04/06/2018   Page: 12

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s). |
|---|---|
| ☐ FEPA | 66-2013 |
| ☒ EEOC | 541-2013-01402 |

## Wyoming Fair Employment Program
State or local Agency, if any                                    **and EEOC**

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Roy Mestas** | **(307) 258-8059** | ▮▮▮▮ |

Street Address
**P.O. Box 164, Evansville, WY 82636**          City, State and ZIP Code

RECEIVED
MAY 16 2013

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **TOWN OF EVANSVILLE** | **15-100** | **(307) 234-6530** |

Street Address
**P.O. DRAWER 158, Evansville, WY 82636**          City, State and ZIP Code

RECEIVED
MAY 03 2013
EEOC DENVER FIELD OFFICE

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                                   City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-14-2013**    Latest **04-17-2013**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. **PERSONAL HARM:** Beginning on or about January 14, 2013, and continuing throughout my employment as a Sanitation Route Driver, the Director of Public Works subjected me to harassment. On or about April 17, 2013, I was discharged.

II. **RESPONDENT'S DEFENSE:** The Director of Public Works told me and another coworker (national origin, Hispanic) that he was just kidding when he made racist comments to us on two occasions. On or about April 17, 2013, the Director of Public Works told me that I was being discharged because I could no longer do my job.

III. **DISCRIMINATION STATEMENT:** I believe that I have been discriminated against based on my national origin, Hispanic, in violation of Title VII of the Civil Rights Act of 1964, as amended, and based on a disability within the meaning of the Americans with Disabilities Act (ADA) of 1990, as amended, in violation of the ADA, in that:

A. I was qualified for my job and I was performing satisfactorily.

B. On or about November 26, 2012, I sustained an injury at work which caused me to miss between six and seven weeks of work. On or about January 14, 2013, I was released to return to work without restrictions.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT |
| **May 03, 2013**                     *[signature]*
Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Mestas v. Town of Evansville
17-CV-00017-NDF

EXHIBIT
Mestas
5
5/16/17 ▮▮▮

FEP 000242

Appellate Case: 17-8092   Document: 010109871832   Date Filed: 04/06/2018   Page: 13

Appellate Case: 17-8092     Document: 010110031832     Date Filed: 04/06/2018     Page: 14

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 541-2013-01402 |

**Wyoming Fair Employment Program** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

C. Beginning on or about January 14, 2013, the Director of Public Works began to treat me poorly. He was unhappy with the fact that I had sustained an injury and needed to miss some work.

D. On or about February 22, 2013, and again on or about March 27, 2013, the Director of Public Works called me and another co-worker (national origin, Hispanic) "stupid beaners". Both times I told him that I was upset with his comments and not to make those comments to me.

E. In or about mid-March 2013, I informed the Director of Public Works that I had an injection scheduled next month for back pain.

F. On or about April 17, 2013, I called the Director of Public Works and asked to be excused from snow shoveling duty that day due to back pain. He refused my request and then summoned me to work.

G. On or about April 17, 2013, I was informed of my discharge. I dispute that I was unable to do my job.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct

**May 03, 2013**
Date                    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Mestas v. Town of Evansville
17-CV-00017-NDF

FGR-000243

Aplee. Supp. App. 0009

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

| | | |
|---|---|---|
| TO: | **Wyoming Fair Employment Program**<br>**1510 E. Pershing Blvd**<br>**West Wing, #150**<br>**Cheyenne, WY 82002** | Date<br>EEOC Charge No.<br>**541-2013-01402** |

**RECEIVED**

**MAY 16 2013**

FEPA Charge No.

**66-2013**

CHARGE TRANSMITTAL

SUBJECT:

| | | | |
|---|---|---|---|
| **Roy Mestas** | **LABOR v.CHEY** | | **TOWN OF EVANSVILLE** |
| *Charging Party* | | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC        ☐ _____ Name of FEPA        on   **May 03, 2013**
                                                          *Date of Receipt*

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☒ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

   ☐ EEOC requests a waiver              ☐ FEPA waives

   ☐ No waiver requested                 ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge*

| Typed Name and Title of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Nancy A. Sienko, Director** | PAG(for) |

| | | |
|---|---|---|
| **Roy Mestas** | v. | **TOWN OF EVANSVILLE** |
| *Charging Party* | | *Respondent* |

## TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name and Title of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Cherie Doak, Program Manager** | |

| | |
|---|---|
| TO:  **Denver Field Office**<br>**303 East 17th Avenue**<br>**Suite 410**<br>**Denver, CO 80203** | Date<br>EEOC Charge No.<br>**541-2013-01402**<br>FEPA Charge No. |

FEP 000244

Appellate Case: 17-8092   Document: 010199571832   Date Filed: 04/06/2018   Page: 15

Aplee. Supp. App. 0010

Appellate Case: 17-8092   Document: 010110071832   Date Filed: 04/06/2018   Page: 16



United States
Postal Service

USPS TRACKING #

9590 9402 2090 6132 7242 22

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

US Department of Justice
Civil Rights Division — TITLE I
1425 New York Avenue, NW
Washington, DC 20005

Mestas v. Town of Evansville
17-CV-00017-NDF

FEP 000245

Aplee. Supp. App. 0011

Appellate Case: 17-8092     Document: 010199871832     Date Filed: 04/06/2018     Page: 17

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Roy Mestas**

**PO Box 164**

**Evansville, WY 82636**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)   ROY MESLI   C. Date of Delivery   10-31-1

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 2090 6132 7242 22

2. Article Number (Transfer from service label)

7012 0470 0002 1003 9196

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

Mestas v. Town of Evansville
17-CV-00017-NDF

FEP 000246

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 14, 2014
Claim Number: █████████

ROY MESTAS
PO BOX 164
EVANSVILLE, WY 82636

You are entitled to monthly disability benefits beginning October 2013.

### The Date You Became Disabled

We found that you became disabled under our rules on April 16, 2013.

To qualify for disability benefits, you must be disabled for five full calendar months in a row.  The first month you are entitled to benefits is October 2013.

### What We Will Pay And When

- You will receive $6,120.00 around April 20, 2014.

- This is the money you are due for October 2013 through March 2014.

- Your next payment of $1,367.00, which is for April 2014, will be received on or about the third Wednesday of May 2014.

- After that you will receive $1,367.00 on or about the third Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

- The day of the month you receive your payments depends on your date of birth.





Aplee. Supp. App. 0013



## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| October | 2013 | $1,443.70 | Entitlement began |
| December | 2013 | $1,465.30 | Cost-of-living adjustment |

## Other Disability Payments Affect Benefits

We have to consider workers' compensation and/or public disability payments when we figure a Social Security benefit. The following will explain how these payments affect Social Security benefits. For more information, please read the enclosed pamphlet, "How Workers' Compensation and Other Disability Payments May Affect Your Social Security Benefit."

The pamphlet explains how we reduce your and your family's Social Security disability benefits. We add the money you and your family would receive from us and from workers' compensation. When this total adds up to more than 80 percent of your average current monthly earnings, we reduce your and your family's Social Security disability benefits. We found that 80 percent of your average current monthly earnings is $3,224.00.

We have to take into account your workers' compensation payment of $1,878.00 when we figure your Social Security benefits. Because you receive this payment, we are reducing the benefits you are due.

We are reducing your monthly payment beginning October 2013. This is the first month when you are entitled to Social Security disability benefits and workers' compensation payments.

Your benefit will be $1,346.00 beginning October 2013.

Your benefits were increased beginning December 2013. This increase was not reduced because of workers' compensation payments.

If you had any expenses related to your claim for workers' compensation payments, please give us proof that you paid these expenses. These expenses may include medical, legal, or other related expenses. We may be able to deduct some of these expenses when we figure your Social Security benefits.

## Information About Representative's Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $8,160.00 for October 2013 through March 2014. Under the fee agreement, the representative cannot charge you more than $2,040.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Disability Adjudication and Review
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $2,040.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $89, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

Please let us know right away about any:

- Changes in your workers' compensation or public disability benefit payments

- Lump-sum award(s) you receive

- Other payments you receive that increase or decrease your workers' compensation or public disability benefit payments.

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.ssa.gov/planners/taxwithold.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to THOMAS A KLINT.

**Do You Disagree With The Decision?**

This action results from reconsideration of your claim and replaces our previous determination.

If you think we are wrong, you have the right to request a hearing. At the hearing, a person who has not seen your case before will look at it. That person is an Administrative Law Judge. In the rest of our letter, we will call this person an ALJ. The ALJ will review those parts of the decision which you believe are wrong. The ALJ will look at any new facts you have and correct any mistakes. The ALJ may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for a hearing.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for a hearing.
- You can file a hearing with any Social Security office. You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501. You may go to our website at to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

We may continue to reduce or withhold your and your family's disability benefits until you reach age 65. We must take this action because of your workers' compensation payments. Workers' compensation payments do not affect retirement benefits. You may be eligible for retirement benefits at age 62. To apply, please get in touch with us three months before you reach age 62.



Appellate Case: 17-8092   Document: 01019931832   Date Filed: 04/06/2018   Page: 23

█████████

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-964-3972. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
ROOM 1008
150 EAST B ST
CASPER WY 82602

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn W. Colvin
Acting Commissioner of
Social Security

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  April 14, 2014
Claim Number: ███████████

000428 1 MB 0 435 0002 LR M08P7 0410 01
THOMAS A KLINT
3397 COON RAPIDS BLVD
SUITE 100
MINNEAPOLIS, MN 55433-7712

Enclosed is a copy of a letter we sent to ROY MESTAS.

### If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, call us toll-free at 1-800-772-1213.  We can answer most questions over the phone.  If you prefer to visit one of our offices, please check the local telephone directory for the office nearest you.  Or call us and we can give you the office address.  Please have this letter with you if you call or visit an office.  It will help us answer your questions.

Carolyn W. Colvin
Acting Commissioner of
Social Security

Mestas v. Town of Evansville
17-CV-00017-NDF

SSA 000043

Appellate Case: 17-8092    Document: 010109731832    Date Filed: 04/06/2018    Page: 24



# Social Security Administration
## Retirement, Survivors and Disability Insurance
### Notice of Change in Benefits

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  May 29, 2014
Claim Number. ███████████

ROY MESTAS
PO BOX 164
EVANSVILLE WY 82636

We are writing to give you new information about the disability benefits which you receive on this Social Security record.

## What We Will Pay

- The next check you receive will be for $319.00, which is the money you are due through April 2014.

- Your next scheduled payment of $1,425.00, which is for May 2014, will be received on or about the third Wednesday of June 2014.

- After that, you will receive $1,425.00 on or about the third Wednesday of each month.

## Other Information

We are sending a copy of this notice to your representative

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative.  We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee.  We withheld $87.00 from your past-due benefits to pay the representative.

## Information About Other Disability Benefits

We have to consider workers' compensation and/or public disability payments when we figure a Social Security benefit.  The following will explain how these payments affect Social Security benefits.  For more information, please read the enclosed pamphlet, "How Workers' Compensation and Other Disability Payments May Affect Your Social Security Benefit."

Mestas v. Town of Evansville
17-CV-00017-NDF

SSA 000044

See Next Page

Aplee. Supp. App. 0020



## Your Responsibilities

Please let us know right away about any:

- Changes in your workers' compensation or public disability benefit payments

- Lump-sum award(s) you receive

- Other payments you receive that increase or decrease your workers' compensation or public disability benefit payments.

## Do You Think We Are Wrong?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of the decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-964-3972. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
ROOM 1008
150 EAST B ST
CASPER WY 82602

SSA 000045

If you do call or visit an office, please have this letter with you. It will help
us answer your questions. Also, if you plan to visit an office, you may call
ahead to make an appointment. This will help us serve you more quickly
when you arrive at the office.

### Social Security Administration

Mestas v. Town of Evansville
17-CV-00017-NDF

SSA 000046



Appellate Case: 17-8092   Document: 010196?4832   Date Filed: 04/06/2018   Page: 27