# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

September 30, 2019

Chris Wolpert  
Chief Deputy Clerk

Mr. Stephan Harris  
United States District Court for the District of Wyoming  
Office of the Clerk  
111 South Wolcott  
Casper, WY 82602-0000

**RE:** 17-8092, Mestas v. Town of Evansville  
Dist/Ag docket: 1:17-CV-00017-NDF

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's September 6, 2019 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker  
Clerk of the Court

cc: Megan L. Hayes  
Thomas A. Thompson

EAS/lg