UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ROY MESTAS, | ) |
| | ) |
| Plaintiff/Appellant, | ) |
| | ) |
| v. | )   Case No. 17-8092 |
| | ) |
| TOWN OF EVANSVILLE, WYOMING, | ) |
| | ) |
| Defendant/Appellee. | ) |

On Appeal from the United States District Court
for the District of Wyoming

The Honorable Nancy D. Freudenthal
District Court Judge

D.C. No. 17-CV-00017-NDF

## **VERIFIED BILL OF COSTS ON APPEAL**

I, Megan L. Hayes, declare as follows:

1.  I represent the Plaintiff/Appellant, Roy Mestas, the prevailing party, in the above-captioned appeal.

2.  This Court entered its decision in this appeal on September 6, 2019. The Court reversed the district court's order granting summary judgment in favor of the Defendant/Appellee, the Town of Evansville, Wyoming, and dismissing all of Mr. Mestas's claims.

3.  Attached hereto and incorporated herein is an itemized bill of costs as well as scanned photocopy receipts for the Opening, Answer and Reply

Briefs and the Appendix for the appeal.  The total allowable costs in this appeal, as set forth in the attached itemized bill of costs, are TWO THOUSAND FIFTY-THREE DOLLARS AND 25/100 ($2,053.25).

4.      Undersigned counsel requests that these costs be taxed to the Town of Evansville, Wyoming, pursuant to Fed. R. App. P. 39 and Tenth Cir. R. 39.

5.      I certify under penalty of false swearing that the foregoing is true and correct.

**RESPECTFULLY SUBMITTED** this 18th day of September, 2019.

s/ Megan L. Hayes

_____
Megan L. Hayes
Attorney at Law
910 Kearney Street
Laramie, WY  82070
(307) 760-6258
E-mail: mlhayes@wyoming.com

Attorney for Roy Mestas

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2019, I deposited a true and correct copy of the foregoing **VERIFIED BILL OF COSTS ON APPEAL,** by this Court's CM/ECF system and by United States mail, postage prepaid, addressed to all counsel of record.

/s  Megan L. Hayes

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that pursuant to this Court's General Order dated March 18, 2009 that there are no required privacy redactions to be made to this document or its attachments, and that this document and its attachments have been scanned for viruses with Norton AntiVirus (Symantec Corporation) version 14.2.0.29 (updated on September 1, 2019) and are free of viruses.

<span style="float:right">s/   Megan L. Hayes</span>