Megan L. Hayes  
Bill of Costs

Mestas v. Town of Evansville, Wyo.  
No. 17-8092

September 18, 2019

| Date | Task | Time |
|---|---|---:|
| 12/6/17 | appellate docketing fee | 550 |
| 12/29/17 | Defendant's Bill of Costs | 1,115 |
| 2/20/18 | Jan Davis, SJ transcript | 135.05 |
| 3/8/18 | photocopies, appellate brief and appendix | 158.17 |
| 3/9/18 | postage: opening brief and appendix to 10th Cir. | 17.7 |
| 4/18/18 | Photocopies, reply brief | 28.92 |
| 4/18/18 | Postage, reply brief | 37.85 |
| 9/17/18 | photocopies of briefs for oral argument | 10.56 |
|  | Total Costs on Appeal: | 2,053.25 |