2727

# Copy & Print Center

Copy and Print Center
Wyoming Union
P.O. Box 3105
Laramie, Wyoming 82071

DATE: 3/8/18   ACCT #: 75

BILL TO: Megan Hayes

ADDRESS: _____

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 11 | cardstock b/w | .20 | 2.20 |
| 11 | cardstock stock | .10 | 1.10 |
| 1375 | b/w fronts | .08 | 110.00 |
| 8 | bind | 2.99 | 23.92 |
| 3 | bind | 3.99 | 11.97 |
| | | sub | 149.19 |
| | | tax | 8.95 |
| | Masters opening brief | total | 158.14 |

Megan Hayes

Signature of Recipient