# Gmail

univ copy <univcopy@gmail.com>

## please print 7 copies of attachments
1 message

**Megan Hayes** <mlhayes@wyoming.com>                      Tue, Apr 17, 2018 at 3:28 PM
To: univcopy@gmail.com

Dear Mr. Obranovich,

Would you please print 7 copies total of the attached document? The first page (with the case caption/heading) should be printed directly onto gray card stock paper and the documents should be bound with a spiral binding. Single-sided, black/white, regular size paper. A gray card stock backing would be great also.

Please call or email when these documents are ready to be picked up or if you have any questions.

Regards,

Megan Hayes
307/760-6258

---

**UNIVERSITY COPY SERVICE**
428 Front Street
Santa Cruz, CA 95060
458-9600

3λ

| Description | Originals | Quantity | Total Quantity | Cost | Amount |
|---|---|---|---|---|---|
| PRINTS | 23 | 7 | 161 | 8¢ | 12.88 |
| BIND | 7 | 1 | 7 | 1.95 | 13.65 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | 26.53 |
|  |  |  |  | Tax | 2.39 |
| Date 4-17-18 | Clerk | THANK YOU |  |  | 28.92 |

Megkas - reply bart     Total Amount Due

---

University Copy Service
428 D Front Street
Santa Cruz CA, 95060

04/18/2018 11:32AM    01
000000#1532    Tom. o

DEPT. 01        TI $28.92
ITEMS    10
CHARGE    $28.92

Tel 831-458-9600
Fax 831-458-3414
THANK YOU

---

UNIVERSITY COPY
428 FRONT ST D
SANTA CRUZ, CA. 95060
831-458-9600

SALE

REF#: 00000001
Batch #: 453
04/18/18          11:43:31
APPR CODE: 07662P
Trace: 1
MASTERCARD    Chip

AMOUNT        $28.92

APPROVED

MasterCard
AID: A0000000041010
TVR: 80 20 00 80 00
TSI: 68 00

THANK YOU