2744

# copy&print
### ■■■ center ■■■

**Copy and Print Center**
**Wyoming Union**
**P.O. Box 3105**
**Laramie, Wyoming 82071**

DATE: 9/17/18          ACCT # 75

BILL TO: Megan Hayes

ADDRESS: _____

| Quantity | Description | Price | Amount |
|----------|-------------|-------|--------|
| 72 | b/w fronts | .08 | 5.76 |
| 60 | b/w backs | .07 | 4.20 |
| | | | 9.96 |
| | | tax | .60 |
| | | total | 10.56 |

Signature of Recipient