**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( 307 ) 760-6268

Megan Hayes
253 3rd Ave
Santa Cruz, CA 95062

EL 898181624 US

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL EXPRESS**™

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( 303 ) 844-3157

Clerk's office
10th Circuit Court of Appeals
1823 Stout St. Denver

ZIP + 4® (U.S. ADDRESSES ONLY)

8 0 2 5 7 - 1 8 2 3

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 95060 | 4/19/18 | $ 37 85 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 4/18/18 | ☐ 10:30 AM  ☐ 3:00 PM  ☐ 12 NOON | $ | $ |

| Time Accepted | | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|---|
| 11:57 | ☐ AM  ☐ PM | $ | $ | |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 37 85 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| 1 lbs.  10 ozs. | | KM |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM  ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM  ☐ PM | |

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    **2-CUSTOMER COPY**