UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

No. 17-8092
(D.C. No. 1:17-CV-00017-NDF )

_____

**STATEMENT OF COSTS**

The following itemized costs are certified in the captioned case in favor of the appellant. *See* Fed. R. App. P. 39. Per Fed. R. App. P. 39(d)(3), this statement of costs becomes effective the date the mandate issues. If the mandate has issued already, the statement acts as a supplement to that mandate.

**PRINTING EXPENSE:**

    Brief Reproduction    $ 187.06

**OTHER COSTS:**

    $500.00 for filing fee

**GRAND TOTAL, STATEMENT OF COSTS $687.06**

It is requested that these costs be added to the mandate in accordance with the provisions of Rule 39 of the Federal Rules of Appellate Procedure. The appellant is only entitled to costs of briefs authorized by Fed R. App. P. 30(f). The appellant may not recoup cost of postage, *In re Penn Central*, 630 F.2d 183, 191 (3d Cir. 1980), and the filing fee of $5.00 and the costs of transcripts are recoverable in the district court pursuant to Fed. R. App. P. 39(e). There is no provision for the appellant to recoup the bill of costs assessed by the district court in the court of appeals.

Entered for the Court,

Elisabeth A. Shumaker
Clerk of the Court